# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JIMMIE L. WRIGHT  
2226 EVES CIRCLE W   SSN-xxx-xx-0421  
DEKALB, IL  60115

Case Number: 08-70173

Case filed on:  1/24/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JIMMIE L. WRIGHT (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CIRCUIT CLERKS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AURORA EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KANE COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITY OF AURORA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ILLINOIS DEPARTMENT OF REVENUE | 31.93 | 31.93 | 0.00 | 0.00 |
|  | Total Priority | 31.93 | 31.93 | 0.00 | 0.00 |
| 033 | JIMMIE L. WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | TRI STATE TOWING | 838.00 | 838.00 | 0.00 | 0.00 |
| 029 | EDENS GARDEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 838.00 | 838.00 | 0.00 | 0.00 |
| 002 | CREDIT ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS STATE TOLL HIGHWAY AUTHORITY | 9,086.20 | 9,086.20 | 0.00 | 0.00 |
| 009 | ILLINOIS DEPARTMENT OF REVENUE | 1,195.80 | 1,195.80 | 0.00 | 0.00 |
| 010 | ECMC | 194,804.72 | 194,804.72 | 0.00 | 0.00 |
| 011 | NATIONAL - LOUIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | UNIVERSITY OF ILLINOIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,020.17 | 2,020.17 | 0.00 | 0.00 |
| 014 | GREATER SUBURBAN ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 636.28 | 636.28 | 0.00 | 0.00 |
| 019 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TCF NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CUB FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NEW MILLENNIUM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDITORS BANKRUPTCY SERVICE | 364.16 | 364.16 | 0.00 | 0.00 |
| 028 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | PORTFOLIO RECOVERY ASSOCIATES | 433.44 | 433.44 | 0.00 | 0.00 |
| 031 | ECAST SETTLEMENT CORPORATION | 1,433.64 | 1,433.64 | 0.00 | 0.00 |
| 032 | VATIV RECOVERY SOLUTIONS LLC | 840.55 | 840.55 | 0.00 | 0.00 |
|  | Total Unsecured | 210,814.96 | 210,814.96 | 0.00 | 0.00 |
|  | Grand Total: | 211,684.89 | 211,684.89 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00  
Trustee Allowance:          $0.00      Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00       discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008                    By  /s/Heather M. Fagan